# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-253
_____

TONY BARBER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Robert R. Wheeler, Judge.

September 21, 2022

PER CURIAM.

AFFIRMED. *See* § 921.0024 (2), Fla. Stat. (2021) ("If the lowest permissible sentence under the [Criminal Punishment Code] exceeds the statutory maximum sentence as provided in s. 775.082, the sentence required by the code must be imposed."); *see also State v. Gabriel*, 314 So. 3d 1243, 1252 (Fla. 2021).

ROWE, C.J., and BILBREY and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tony Barber, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.